LANGE, Respondent, v. MANHATTAN RY. Co. et al., Appellants.

*(Superior Court of New York City, General Term. July 5, 1892.)*

Action by Louise Lange against the Manhattan Railway Company and the Metropolitan Elevated Railway Company.

Argued before DUGRO and GILDERSLEEVE, JJ.

*Davies, Short & Townsend,* for appellants. *Byram L. Winters,* for respondent.

DUGRO, J. The defendants endeavored to prove their defense upon the cross-examination of plaintiff before the plaintiff had rested. In refusing to allow this, the court committed no error. The case was fairly tried, and no error appears which requires reversal.

The judgment and order should be affirmed, with costs.

---

PEOPLE *ex rel.* GILROY v. MACLEAN et al., Commissioners.

*(Superior Court of New York City, General Term. July 5, 1892.)*

*Certiorari* on the relation of John J. Gilroy to Charles F. MacLean and others, commissioners.

Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.

*Louis J. Grant,* for relator. *William H. Clark,* for respondents.

DUGRO, J. A careful examination of the papers presented shows that no injustice was done to the relator. The judgment of the board of police commissioners is wholly confirmed, with $50 costs and disbursements.

---

PEOPLE *ex rel.* GRANCHER v. MACLEAN et al., Commissioners.

*(Superior Court of New York City, General Term. July 5, 1892.)*

*Certiorari* on the relation of Rudolph Grancher to review a finding and judgment of the board of police commissioners imposing upon the relator a fine of five days' pay.

Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.

*Louis J. Grant,* for relator. *Wm. H. Clark,* for respondents.

PER CURIAM. The evidence upon which the respondents proceeded was sufficient to sustain their action. The writ should be dismissed, and the determination of the respondents affirmed, with $50 costs and disbursements.

---

PEYSER, Respondent, v. MCCARTHY et al., Appellants.

*(Superior Court of New York City, General Term. July 5, 1892.)*

Appeal from jury term.

Action by George Peyser against John C. McCarthy and others.

For former report, see 11 N. Y. Supp. 631.

Argued before FREEDMAN and DUGRO, JJ.

*Henry D. Hotchkiss,* for appellants. *John Fennel,* for respondent.

DUGRO, J. A careful examination of the case discloses no error. The judgment and order should be affirmed, with costs.